

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD RAY THOMAS<br>    Appellant | CIVIL ACTION<br>NO. 06-1718 |
| VERSUS | |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Thomas' appeal is DENIED, and the final decision of the Commissioner is AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this 28th day of _AUGUST_, 2007.

                                                   DEE D. DRELL<br>
                                    UNITED STATES DISTRICT JUDGE